# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHRISTINA CARRAHA

      Plaintiff,

v.

                                                                               Case No. 6:22-cv-1755-WWB-EJK

WESTON MED SPA & COSMETIC
SURGERY, LLC,

      Defendant.

_____/

## DEFENDANT'S *UNOPPOSED* MOTION TO EXTEND THE DEADLINE TO FILE AN ANSWER BY TWENTY DAYS, UP TO AND INCLUDING NOVEMBER 17, 2021

Defendant, WESTON MED SPA & COSMETIC SURGERY, LLC., by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), files its Unopposed Motion for Extension of Time within which to respond to Plaintiff's Complaint and in support state as follows:

1. On September 23, 2022, Plaintiff filed her Complaint in this matter. See, *DE #1*.

2. On October 7, 2022, Plaintiff served process on the Defendant. Thus, Defendant's response to Plaintiff's Complaint is due on or before October 28, 2022.

3. The Defendant has just retained the undersigned to represent it in this matter. Counsel had made previous calls in an attempt at settlement, without being retained, and warned the client retention was necessary, however,

Defendant chose today, October 28, 2022, to retain Counsel, the day the answer is due. Also, another attorney, in another department of the firm, was handling the client up until October 28, 2022. Counsel requests a brief extension of time, through and including November 17, 2022, to prepare and file the Defendant's response to Plaintiff's Complaint. The undersigned needs the additional time in order to meet with the Defendant in preparation of the responses and possibly to settle the action so as to avoid any litigation.

4. The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action as this matter has just begun and no trial order has been issued.

5. Plaintiff **does not** oppose the relief requested herein.

WHEREFORE, Defendant, INTERNATIONAL HOTEL MANAGEMENT GROUP, LLC., respectfully requests the entry of an Order extending the time within which it may file its response to Plaintiff's Complaint until and including November 17, 2018.

Respectfully Submitted this 28th Day of October 2022,

### LOCAL RULE 3.01(g) CERTIFICATE

On this date, October 28, 2022, Steve Lubell, Esq., of Lubell Rosen, contacted John W. Kauffman, Esq., to inquire about the relief requested in this motion. John

W. Kauffaman, Plaintiff's Counsel, is unopposed to the relief sought in this motion.

By: */s/ Joshua H. Sheskin, Esq., M.A.*
Joshua H. Sheskin, Esq.
Florida Bar No.: 93028
George E. Dahdal, Esq.
Florida Bar No.: 1031644

LUBELL & ROSEN, LLC
*Attorneys for Defendant*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 755-3425
Fax:    (954) 755-2993
E-mail: jhs@lubellrosen.com
            ged@lubellrosen.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 28, 2022, I electronically filed the foregoing with the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

By: */s/ Joshua H. Sheskin, Esq., M.A.*
Joshua H. Sheskin, Esq.
Florida Bar No.: 93028