

# Office of Legal Services Innovation

An Office of the Utah Supreme Court

# INNOVATION OFFICE MARCH ACTIVITY REPORT

APRIL 20, 2021

# Table of Contents

**Overall Metrics**　　1

**Summary**　　2

**Sandbox Activity (October 2020 - March 2021)**　　2

**Authorized Entities**　　4

**Authorized Entities Reporting Statuses**　　12



## OVERALL METRICS

| | |
|---|---|
| Total Applications Received | 47 |
| Applicants Recommended to Court for Authorization | 24 |
| Applicants Denied Recommendation from Innovation Office | 1 |
| Applicants Denied Authorization by Court | 0 |
| Applicants Tabled (referral fees) | 8 |
| Inactive or Withdrawn Applicants Before Recommendation | 7 |
| Currently Under Office Review | 6 |
| Recommended to Court for Authorization Decision | 4 |
| Authorized Entities | 22 |
| Entities Reporting Data (this month) | 8 |
| Entities Recommended to Exit the Sandbox | 0 |
| Key Risks and Trends | There are no reported consumer complaints from reporting entities. |



## SUMMARY

This report summarizes activities and negative risk assessment of entities approved by the Utah Supreme Court to implement legal services within the Utah Sandbox and monitored by the Office of Legal Services Innovation. This report covers the period of October 2020 through March 2021.

## SANDBOX ACTIVITY (OCTOBER 2020 - MARCH 2021)

- **22 entities approved to offer services**
    - **Low Risk=3** (AGS Law, Blue Bee, Firmly)
    - **Low/Moderate=8** (FOCL Law, LawPal, Legal Claims, Inc., R&R, Robert Debry & Associates, Rocket Lawyer, Tanner, Xira)
    - **Moderate=11** (1Law, Davis & Sanchez, DSD Solutions, Estate Guru, Law HQ, Law on Call, Nuttall, Brown & Coutts, Off the Record, Pearson Butler, Sudbury Consulting, Timpanogos Legal Center)
    - **High=0**



- **9 entities reporting** at least one data report to date.

- **856 legal services sought** from approximately **700 unduplicated clients**
    - Low=97; Low/Moderate=279 legal services sought
    - Moderate=480 legal services sought
    - **575** legal services have been delivered by a **lawyer** (or lawyer employee) or **software for form or document completion only** with lawyer involvement
    - **281** legal services have been delivered by **software with lawyer involvement**



- The rank of legal category addressed has been 1) End of Planning; 2) Business; 3) Marriage/Family; 4) Financial; 5) Housing Rental; and 6) Real Estate. **Six legal categories** accounted for **85% of legal services**. The remaining 15 possible legal categories accounted for 15%.

- To date no complaints have been communicated by entities nor by consumers directly to the Office that would indicate harm.



**Consumer Complaint Assessment: All Reporting Entities to Date**



| Complaint Risk Category | # Consumer Complaints | % Consumer Complaints |
|---|---|---|
| Consumer achieves an inaccurate or inappropriate legal result. | 0 | 0% |
| Consumer fails to exercise legal rights through ignorance or bad advice. | 0 | 0% |
| Consumer purchases an unnecessary or inappropriate legal service. | 0 | 0% |

- o Based on reviewing mismatches of services sought and received given fees paid, there was no evidence supporting unnecessary or inappropriate purchases of legal services.  In communicating with entities regarding the amount paid for services, the amount paid reasonably fit their respective business models.
- o Applicable mismatches between services sought and received were linked to quality control of legal service intake coding (improving service sought identification methods) and error in the process of linking life events to appropriate legal needs.  The Office concluded that mismatches were not harms.
- o Other identified data reporting issues were linked to entities having difficulty pulling data from internal systems to align with Sandbox prescribed coding.  These issues were resolved through follow-up communications and/or data clarification requests.
- o Legal results were appropriate given legal matters and scope of service.
- o Services will continue to be monitored for complaints and results.
- o A pilot of the vanguard service audit of a moderate risk entity is ongoing.



## TABLE 1: AUTHORIZED ENTITIES

| Entity Name | | Service Models | Service Categories |
|---|---|---|---|
| **10 - Blue Bee Bankruptcy** | Low | Lawyers employed / managed by nonlawyers | Education |
| | | <50% nonlawyer ownership | Consumer Financial Issues |
| **15 - AGS Law** | Low | <50% nonlawyer ownership | Business |
| | | | End of Life Planning |
| | | | Real Estate |
| **19 - Firmly, LLC** | Low | <50% nonlawyer ownership | Business |
| **04 - Lawpal** | Low / Moderate | Lawyers employed / managed by nonlawyers | End of Life Planning |
| | | 50+% nonlawyer ownership | Consumer Financial Issues |
| | | Software provider /w lawyer - doc completion | Housing (Rental) |
| | | | Marriage and Family |
| **05 - Rocket Lawyer** | Low / Moderate | Lawyers employed / managed by nonlawyers | Accident / Injury |
| | | | Adult Care |
| | | | Business |
| | | | Criminal Expungement |
| | | | Criminal (Other) |
| | | | Discrimination |
| | | | Domestic Violence |
| | | | Education |
| | | | Employment |



Innovation Office Monthly Report - March 2021

| Entity Name | | Service Models | Service Categories |
|---|---|---|---|
| | | | End of Life Planning |
| | | 50+% nonlawyer ownership | Consumer Financial Issues |
| | | | Healthcare |
| | | | Housing (Rental) |
| | | | Immigration |
| | | | Marriage and Family |
| | | | Military |
| | | | Public Benefits |
| | | | Real Estate |
| **07 - R & R Legal Services** | Low / Moderate | Lawyers employed / managed by nonlawyers | Accident / Injury |
| | | | Adult Care |
| | | | Business |
| | | | Domestic Violence |
| | | | End of Life Planning |
| | | 50+% nonlawyer ownership | Consumer Financial Issues |
| | | | Healthcare |
| | | | Marriage and Family |
| | | | Public Benefits |
| **14 - FOCL Law** | Low / Moderate | Lawyers employed / managed by nonlawyers | Marriage and Family |
| | | 50+% nonlawyer ownership | |



5

| Entity Name | | Service Models | Service Categories |
|---|---|---|---|
| | | Software provider /w lawyer - doc completion | |
| **32 - Tanner LLC (Withdrawn from Sandbox)** | Low / Moderate | Lawyers employed / managed by nonlawyers | Business |
| | | 50+% nonlawyer ownership | |
| **33 - Xira Connect** | Low / Moderate | 50+% nonlawyer ownership | Accident / Injury |
| | | | Adult Care |
| | | | Business |
| | | | Criminal Expungement |
| | | | Discrimination |
| | | | Domestic Violence |
| | | Fee Sharing | Education |
| | | | Employment |
| | | | End of Life Planning |
| | | | Consumer Financial Issues |
| | | | Healthcare |
| | | | Housing (Rental) |
| | | | Immigration |
| | | Intermediary Platform | Marriage and Family |
| | | | Military |
| | | | Native American / Tribal |



| Entity Name | | Service Models | Service Categories |
|---|---|---|---|
| | | | Public Benefits |
| | | | Real Estate |
| | | | Traffic Citations |
| **37 - Robert DeBry** | Low / Moderate | Lawyers employed / managed by nonlawyers | Accident / Injury |
| | | 50+% nonlawyer ownership | |
| **38 - Davis & Sanchez** | Low / Moderate | Lawyers employed / managed by nonlawyers | Accident / Injury |
| | | 50+% nonlawyer ownership | Education |
| **39 - Legal Claims Benefits** | Low / Moderate | Lawyers employed / managed by nonlawyers | Accident / Injury |
| | | | Education |
| | | 50+% nonlawyer ownership | Healthcare |
| | | | Military |
| | | | Public Benefits |
| **02 - 1Law** | Moderate | Lawyers employed / managed by nonlawyers | Accident / Injury |
| | | | Adult Care |
| | | | Business |
| | | | Criminal Expungement |
| | | | Criminal (Other) |
| | | 50+% nonlawyer ownership | Discrimination |
| | | | Domestic Violence |



Innovation Office Monthly Report - March 2021

| Entity Name | | Service Models | Service Categories |
|---|---|---|---|
| | | | Education |
| | | | Employment |
| | | | End of Life Planning |
| | | Software provider w/ lawyer involvement | Consumer Financial Issues |
| | | | Healthcare |
| | | | Housing (Rental) |
| | | | Immigration |
| | | Non-lawyer provider w/ lawyer involvement | Marriage and Family |
| | | | Public Benefits |
| | | | Real Estate |
| | | | Traffic Citations |
| **03 - Law HQ** | Moderate | Lawyers employed / managed by nonlawyers | Accident / Injury |
| | | 50+% nonlawyer ownership | Business |
| | | Software provider w/ lawyer involvement | Employment |
| **12 - Nuttall Brown** | Moderate | Lawyers employed / managed by nonlawyers | Accident Injury |
| | | 50+% nonlawyer ownership | Business |
| | | Software provider w/ lawyer involvement | Discrimination |
| | | Non-lawyer provider w/ lawyer involvement | Employment |
| | | | Marriage and Family |



8

| Entity Name | | Service Models | Service Categories |
|---|---|---|---|
| **13 - Estate Guru** | Moderate | Lawyers employed / managed by nonlawyers | Business |
| | | 50+% nonlawyer ownership | End of Life Planning |
| | | Fee Sharing | Consumer Financial Planning |
| | | Software provider /w lawyer - doc completion | Healthcare |
| | | Software provider w/ lawyer involvement | Real Estate |
| | | Non-lawyer provider w/ lawyer involvement | |
| **23 - Off the Record** | Moderate | 50+% nonlawyer ownership | Traffic Citations |
| | | Fee Sharing | |
| | | Software provider w/ lawyer involvement | |
| 27 - Sudbury Consulting | Moderate | Software provider w/ lawyer involvement | Criminal Expungement |
| | | | Employment |
| 28 - Pearson Butler | Moderate | 50+% nonlawyer ownership | Accident / Injury |
| | | | Adult Care |
| | | | Business |
| | | | Discrimination |
| | | | Education |
| | | Fee Sharing | Employment |
| | | | End of Life Planning |
| | | | Consumer Financial Issues |



9

| Entity Name | | Service Models | Service Categories |
|---|---|---|---|
| | | | Housing (Rental) |
| | | | Immigration |
| | | Non-lawyer provider w/ lawyer involvement | Marriage and Family |
| | | | Military |
| | | | Native American / Tribal |
| | | | Public Benefits |
| | | | Real Estate |
| 30 - Law on Call | Moderate | Lawyers employed / managed by nonlawyers | Business |
| | | | End of Life Planning |
| | | 50+% nonlawyer ownership | Consumer Financial Issues |
| | | | Housing (Rental) |
| | | Non-lawyer provider w/ lawyer involvement | Real Estate |
| 31 - DSD Solutions | Moderate | Lawyers employed / managed by nonlawyers | Accident / Injury |
| | | | Business |
| | | | Criminal Expungement |
| | | 50+% nonlawyer ownership | Domestic Violence |
| | | | Employment |
| | | | End of Life Planning |
| | | Software provider w/ lawyer involvement | Housing (Rental) |
| | | | Immigration |



10

Innovation Office Monthly Report - March 2021

| Entity Name | | Service Models | Service Categories |
|---|---|---|---|
| | | | Marriage and Family |
| | | Non-lawyer provider w/ lawyer involvement | Public Benefits |
| | | | Real Estate |
| | | | Traffic Citations |
| 36 - Timp. Cert. Advocates | Moderate | Nonlawyer provider w/out lawyer involvement | Domestic Violence |
| | | | Marriage and Family |



Innovation Office Monthly Report - March 2021

## TABLE 2: AUTHORIZED ENTITIES REPORTING STATUSES

| Entity Name | | Launch Date | First Report Due | Frequency |
|---|---|---|---|---|
| Blue Bee Bankruptcy | Low | Oct. 1, 2020 | Jan. 5, 2021 | Quarterly |
| AGS Law | Low | Oct. 1, 2020 | Jan. 5, 2021 | Quarterly |
| Firmly LLC | Low | Jan. 1, 2021 | Apr. 5, 2021 | Quarterly |
| Rocket Lawyer | Low-Moderate | Oct. 1, 2020 | Nov. 5, 2020 | Monthly |
| R&R Legal Services | Low-Moderate | Jan. 1, 2021 | Feb. 5, 2021 | Monthly |
| LawPal | Low-Moderate | Jan. 15, 2021 | Jan. 5, 2021 | Monthly |
| FOCL Law | Low-Moderate | Jan. 1, 2021 | Feb. 5, 2021 | Monthly |
| Tanner (Withdrawn) | Low-Moderate | Jan. 1, 2021 | Feb. 5, 2021 | Monthly |
| Xira Connect | Low- Moderate | Jun. 1, 2021 | Jul. 5, 2021 | Monthly |
| Davis & Sanchez | Low-Moderate | TBD | TBD | Monthly |
| Legal Claims Benefits | Low-Moderate | TBD | TBD | Monthly |
| Robert Debry | Low-Moderate | April 15, 2021 | May 5, 2021 | Monthly |
| 1Law | Moderate | Oct. 1, 2020 | Nov. 5, 2020 | Monthly |
| LawHQ | Moderate | TBD | TBD | Monthly |
| Nuttal Brown | Moderate | Feb. 1, 2021 | Mar. 5, 2021 | Monthly |
| Estate Guru | Moderate | Dec. 1, 2020 | Jan. 5, 2020 | Monthly |
| Sudbury Consulting / Code for America | Moderate | TBD | TBD | Monthly |
| Off the Record | Moderate | TBD | TBD | Monthly |
| Law on Call | Moderate | Feb. 1, 2021 | Mar. 5, 2021 | Monthly |
| DSD Solutions | Moderate | TBD | TBD | Monthly |
| Pearson Butler | Moderate | Mar. 1, 2021 | Apr. 5, 2021 | Monthly |
| Timp Cert. Legal Advocates | Moderate | TBD | TBD | Monthly |



12