



**(385) 285-1090**

# Why Choose LawHQ

## LawHQ is a lawtech firm

We utilize a technology and automation approach to everything we do. We utilize technology to make the experience for our clients as simple and easy as possible. And we also apply technology internally to improve the speed, cost, and effectiveness of our legal service to clients.

Unlike traditional law firms, we have our own internal investigative and technology divisions. This allows us to track down offenders and quickly identify their whereabouts, bank accounts, and assets.

We are redefining how you access legal services, and what it means to be a law firm or an attorney. Our headquarters are in Salt Lake City, Utah. We have attorneys throughout the United States, and are quickly expanding to provide legal services in all 50 states.



(385) 285-1090

## How We Can Help You



### Are you the victim of fraud?

We can track where your money went, find who took it, and help you get it back.

**Contact Us**



# Do you need help collecting a payment?

We can help you collect on a judgment, contract, or other claim you have.

Contact Us







# Do you have other legal needs?

We have attorneys around the country with